# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

March 24, 2023

Hon. Lorna G. Schofield  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 56.

Dated: March 24, 2023  
New York, New York

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

Re: *United States v. Irfan Bajwa et al,* 22 Cr. 615 (LGS)

Dear Judge Schofield:

    I write on behalf of Irfan Bajwa, with the consent of the Government (A.U.S.A. Timothy Capozzi) and of Pretrial Services (Officer Evelyn Alvayero) to respectfully request **the enlargement of the Mr. Bajwa's geographical restrictions to include the District of New Jersey for purposes of employment**. I make this request because Mr. Bajwa has been offered a job supervising renovation work in Edison, New Jersey. He is currently restricted to the Southern and Eastern Districts of New York.

                                        Respectfully yours,

                                        Evan L. Lipton  
                                   Attorney for Irfan Bajwa

Cc:    Gov't counsel  
         Pretrial Services