# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

September 5, 2023

By ECF
Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

**Application Granted**  The Clerk of the Court is directed to terminate the letter motion at docket number 66.

Dated: September 5, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Irfan Bajwa et al,* 22 Cr. 615 (LGS)

Dear Judge Schofield:

    I write on behalf of Irfan Bajwa, with the consent of the Government (A.U.S.A. Timothy Capozzi) and of Pretrial Services (Officer Evelyn Alvayero) to respectfully request **that Mr. Bajwa be permitted to travel to Watertown, New York, in the Northern District of New York for a meeting to assess a potential job.** Mr. Bajwa is currently restricted to the Southern and Eastern Districts of New York, and to the District of New Jersey (for work purposes). If the Court grants this application, Mr. Bajwa will inform Pretrial Services Officer Alvarado of the itinerary of this trip in advance of the proposed travel.

                                  Respectfully yours,

                                  Evan L. Lipton
                                  Attorney for Irfan Bajwa

Cc:   Gov't counsel
        Pretrial Services