# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

February 1, 2024

By ECF
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application Granted.  The Clerk of the Court is directed to terminate Mr. Lipton as counsel of record and terminate the letter motion at docket number 80.
>
> Dated: February 5, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Irfan Bajwa et al,* 22 Cr. 615 (LGS)

Dear Judge Schofield:

    On September 21, 2022, I was assigned to represent Mr. Bajwa in the above-referenced matter pursuant to the Criminal Justice Act. ECF Docket No. 11. On January 25, 2024, attorney Brian Griffin filed a Notice of Appearance indicating that he has been retained by Mr. Bajwa. ECF Docket No. 75. I have spoken with Mr. Griffin, briefed him on the details of the case and arranged to transfer the Rule 16 materials.

    Accordingly, I respectfully request that the docket reflect that I am no longer assigned to this matter and that I be removed from ECF notification.

                              Respectfully yours,

                              Evan L. Lipton
                              Attorney for Irfan Bajwa

Cc:    Gov't counsel
        Pretrial Services