UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

IRFAN BAJWA,

                            Defendant.
------------------------------------------------------------ X

22 Cr. 615-03 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the sentencing hearing currently scheduled for July 14, 2025, is adjourned to **September 8, 2025, at 11:00 a.m.**

Dated: July 2, 2025
       New York, New York

                                        LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE