UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                                         :

UNITED STATES OF AMERICA    :

           - v. -                     :

                                                       :    22 Cr. 615 (LGS)

IRFAN BAJWA,                     :

          Defendant.             :

------------------------------- x

**ORDER ACCEPTING THE PLEA ALLOCUTION**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

Schofield, J.:

      On June 26, 2024, United States Magistrate Judge Robyn F. Tarnofsky presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court, having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the gui1ty plea was offered. The Clerk is directed to enter the plea.

Dated: September 2, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**